Moulton v. Burbanks.

Judgment — Plea insufficient. The doings of the commissioners are final and conclusive upon the creditors as to their claims; but the administrator has a right to contest their allowances at law; and there is the same reason that the creditors, where the estate is insolvent, and the heirs where it is not, should contest at law, an allowance made to the administrator; otherwise there would be nothing to prevent his getting any allowance he pleased, in his own favor; and where there is the same reason, there is the same law.

This cause was heard upon the merits, and the judgment of the Court of Probate disaffirmed.

### LIBRET V. CHILD.

An action will not lie against an officer, for not returning the execution within the return day, after the execution is returned and satisfied.

ACTION for not returning an execution by the return day, commenced long after said execution was paid and returned, and no special damages alleged.

By the COURT. The action is not sustainable and judgment for the defendant to recover his cost.

### MOULTON V. BURBANKS.

In an action for assault and battery and false imprisonment, an allegation that the defendant forged a justice's name to a writ, by which he was falsely imprisoned doth not vitiate the declaration.

ERROR to reverse a judgment of a justice in an action of assault and battery and false imprisonment brought by Burbanks v. Moulton, alleging that the defendant assaulted and beat him, and forged Justice Cady's name to a writ, by which he was falsely imprisoned. Plea not guilty. Judgment, that the defendant was guilty.

Error assigned — That the plaintiff's declaration is insufficient.

Judgment — That there is nothing erroneous; the plaintiff's alleging the forgery, is only by way of aggravation, and to show the means by which he was falsely imprisoned.